**2004–0065. Disciplinary Counsel v. Jaffe.**
On January 27, 2004, the parties filed a joint motion to correct the certified report of the Board of Commissioners on Grievances and Discipline. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and hereby is, granted. It is further ordered that the sentence "No offer of settlement was made by the Defendant," appearing on page 5 of the certified report under Discussion of Count III, be, and hereby is, stricken.

# MISCELLANEOUS ORDERS

**2003–1367. In re Application of Aboyade.**
This cause came before the court upon the filing of a report in the Office of the Clerk of this court by the Board of Commissioners on Character and Fitness.

IT IS ORDERED by the court, sua sponte, that this cause be remanded to the Board of Commissioners on Character and Fitness to supplement its statement of facts and procedural background.